# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

AARON ANTHONY FLEMONS
ADC #119749                                             PETITIONER

v.                     No. 5:18-cv-129-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                       RESPONDENT

## ORDER

Unopposed recommendation, № 13, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Flemons's petition will be dismissed with prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 August 2018