IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

AARON ANTHONY FLEMONS
ADC #119749                                                    PETITIONER

v.                          No. 5:18-cv-129-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                              RESPONDENT

## JUDGMENT

Flemons's petition is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 August 2018